1  PATRICIA L. GLASER - State Bar No. 55668
   pglaser@glaserweil.com
2  ADRIAN M. PRUETZ - State Bar No. 118215
   apruetz@glaserweil.com
3  ERICA J. VAN LOON - State Bar No. 227712
   evanloon@glaserweil.com
4  GLASER WEIL FINK JACOBS
      HOWARD AVCHEN & SHAPIRO LLP
5  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
6  Telephone:  (310) 553-3000
   Facsimile:   (310) 556-2920
7
   Attorneys for Plaintiff
8  Tiger, LLC

9  Joel E. Boxer – State Bar No. 50169
   jeb@birdmarella.com
10 Mitchell A. Kamin – State Bar No. 202788
   mak@birdmarella.com
11 Bonita D. Moore – State Bar No. 221479
   bdm@birdmarella.com
12 BIRD, MARELLA, BOXER, WOLPERT,
      NESSIM, DROOKS & LINCENBERG, P.C.
13 1875 Century Park East, 23rd Floor
   Los Angeles, Ca 90067-2561
14 Telephone: (310) 201-2100
   Facsimile: (310) 201-2110
15
   Attorneys for Defendants Twentieth Century Fox Film Corporation
16 and Chernin Entertainment, LLC

17                  UNITED STATES DISTRICT COURT
                    CENTRAL DISTRICT OF CALIFORNIA
18                         WESTERN DIVISION
19
20 TIGER, LLC,                          CASE NO.: CV 12-2183 DMG (AJWx)

21           Plaintiff,                  Hon. Dolly M. Gee

22 v.                                    **STIPULATION OF DISMISSAL
                                         PURSUANT TO FEDERAL RULE
23 TWENTIETH CENTURY FOX FILM            OF CIVIL PROCEDURE
   CORPORATION; CHERNIN                  41(A)(1)(A)**
24 ENTERTAINMENT, LLC; and DOES 1
   through 10,
25
             Defendants.
26
27
28

STIPULATION OF DISMISSAL

787127

Plaintiff Tiger, LLC and Defendants Twentieth Century Fox Film Corporation and Chernin Entertainment, LLC (separately a "Party" or collectively the "Parties") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and the Parties' separate Settlement Agreement, hereby stipulate and agree that:

1. All claims asserted in this action be dismissed with prejudice;
2. No Party admits liability for any of the claims asserted in this action;
3. Each Party shall bear its own costs and attorneys' fees incurred in this matter; and
4. This Court shall retain jurisdiction over this matter solely to enforce, and pursuant to, the terms of the Parties' Settlement Agreement.

IT IS SO STIPULATED.

DATED: December 12, 2012

GLASER WEIL FINK JACOBS
HOWARD AVCHEN & SHAPIRO LLP

By: /s/ Patricia L. Glaser
PATRICIA L. GLASER
ADRIAN M. PRUETZ
ERICA J. VAN LOON
    Attorneys for Plaintiff
    Tiger, LLC

DATED: December 12, 2012

BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, ROOKS & LINCENBERG, P.C.

By: /s/ Joel E. Boxer
JOEL E. BOXER
Mitchell A. Kamin
Bonita D. Moore
    Attorneys for Defendants
    Twentieth Century Fox Film Corporation
    and Chernin Entertainment, LLC